**Order entered March 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01364-CR

### CARLOS MEDRANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-40354-I**

## ORDER

The reporter's record is overdue. When it was not filed, we notified court reporter Mary Snider by postcard dated January 2, 2019 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by February 1, 2019. To date, we have had no communication from Ms. Snider, and the reporter's record has not been filed. The clerk's record, filed January 4, 2019, contains written verification that appellant (1) is indigent and (2) requested preparation of the reporter's record on November 16, 2018.

We **ORDER** the complete reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Snider that the failure to do so will result in the Court taking

whatever remedies it has available to ensure that these appeals proceed in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Mary Snider, official court reporter, Criminal District Court No. 2; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
    CHIEF JUSTICE